Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 19−28301−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Fulwood
   139A Suburbia Ter
   Jersey City, NJ 07305−6202

Social Security No.:
   xxx−xx−8120

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 20, 2019
JAN: zlh

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-28301-JKS
David Fulwood                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Nov 20, 2019
                              Form ID: 148             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db              David Fulwood,    139A Suburbia Ter,    Jersey City, NJ  07305-6202
518549475      +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518478599       MOHELA,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO  63005-1243
518478600       Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO  63005-1243
518478601       Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
518478602       Nstar/cooper,    350 Highland St,    Houston, TX  77009-6623
518509036      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518495756      +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO  63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518478596      +E-mail/Text: bankruptcycare@affinityfcu.com Nov 21 2019 00:52:05      Affinity Fcu,
                 73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
518478597      +E-mail/Text: bankruptcycare@affinityfcu.com Nov 21 2019 00:52:05
                 Affinity Federal Credit Union,    Attn: Bankruptcy,    73 Mountainview Blvd,
                 Basking Ridge, NJ 07920-2332
518505049       EDI: JEFFERSONCAP.COM Nov 21 2019 05:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518478598       E-mail/Text: mmrgbk@miramedrg.com Nov 21 2019 00:52:46      Miramedrg,    360 E 22nd St,
                 Lombard, IL  60148-4924
518478603       EDI: RMSC.COM Nov 21 2019 05:13:00      Syncb/Car Care Pep B,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL  32896-5060
518478604       EDI: RMSC.COM Nov 21 2019 05:13:00      Syncb/Car Care Pep Boy,    C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
518482043      +EDI: RMSC.COM Nov 21 2019 05:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518478605       EDI: TFSR.COM Nov 21 2019 05:13:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
                 PO Box 8026,    Cedar Rapids, IA  52408-8026
518478606       EDI: TFSR.COM Nov 21 2019 05:13:00      Toyota Motor Credit,    PO Box 9786,
                 Cedar Rapids, IA  52409-0004
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
518549476*     +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
518509040*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paul Anthony Figueroa, III    on behalf of Debtor David  Fulwood figueroa@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Nov 20, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Veer P Patel   on behalf of Debtor David  Fulwood
         andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com

                                                                                       TOTAL: 7